Arnold Killberg
3554 Pine Lake Court
Delray Beach, Florida
33445

March 29 2006

Donald E. d'Entremont, Esquire
U.S. Department of Labor/SOL
J.F.K. Federal Building, Room E-375
Boston, Massachusetts, 02203

Re: Northeast Capital Corp.
Money Purchase Pension
Plan and Trust
And
Arnold Killberg & Company
aka AK & Company
As fiduciary of the
Northeast Capital Corp.
Money Purchase Pension
Plan & Trust

Dear Mr. d'Entremont:

I received your letter dated March 24, 2006 pertaining to the above named entities (copies of the

correspondence received from you enclosed).

The Notice of Lawsuit And Request For Waiver Of Service Of Summons has been signed by me individually and for the Defendant, Arnold Kilberg.

By this letter, I advise you that you must be aware that the following individual has been appointed by the United States Bankruptcy Court for the District of Rhode Island as the U.S. Trustee for the Estate of Arnold Kilberg.

The name of the appointed U.S. Trustee is as follows:

Joseph D'Orio, Esquire
10 Dorrance Street
Providence, Rhode Island.

His appointment was effective as of August 5, 2004.

I am not aware that I have authority to sign the documents requested by you. However, I have signed them. If you require the U.S. Trustee (Mr. DiOrio) to sign any documents, you can send them along to him for his signature.