**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ELAINE L. CHAO, SECRETARY OF LABOR,** | ) | |
| **United States Department of Labor** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ARNOLD KILBERG, individually, and** | ) | |
| **As fiduciary of the** | ) | **C.A. NO. 06-75** ML |
| **NORTHEAST CAPITAL CORP. MONEY** | ) | |
| **PURCHASE PLAN & TRUST** | ) | |
| **And** | ) | |
| **ARNOLD KILBERG & COMPANY, aka** | ) | |
| **AK&C** | ) | |
| **As fiduciary of the** | ) | |
| **NORTHEAST CAPITAL CORP. MONEY** | ) | |
| **PURCHASE PENSION PLAN & TRUST** | ) | |

**ANSWER OF JOSEPH M. DIORIO, CHAPTER 7**
**TRUSTEE FOR ARNOLD KILBERG, INDIVIDUALLY**

1. This paragraph states a legal conclusion to which no response is required. To the extent that the paragraph states an allegation of fact, defendant Joseph M . DiOrio, Chapter 7 trustee of Arnold Kilberg in his individual capacity (hereinafter, "Trustee") states that he is without sufficient information to form a belief as to the truth of the averments, and leaves plaintiff to her proof.

2. Admitted.

3. The Trustee states that he is without sufficient information to form a belief as to the truth of the averments, and leaves plaintiff to her proof.

4. Admitted.

5. – 11. The Trustee states that he is without sufficient information to form a belief as to the truth of the averments, and leaves plaintiff to her proof.

12. Admitted.

13. Admitted.

14. Admitted that pursuant to an order of the United States Bankruptcy Court for the District of Rhode Island entered April 12, 2004, the Trustee sold substantially all of the assets of Arnold Kilberg & Co. to Ronald Carmark.

15. – 25. The Trustee states that he is without sufficient information to form a belief as to the truth of the averments, and leaves plaintiff to her proof.

26. – 29. These paragraphs state legal conclusions to which no response is required. To the extent that the paragraphs state allegations of fact, Trustee states that he is without sufficient information to form a belief as to the truth of the averments, and leaves plaintiff to her proof.

30. – 32. The Trustee incorporates herein his responses to paragraphs 5 through 25 as if stated in full. As to the allegations contained in these paragraphs, the Trustee states that he is without sufficient information to form a belief as to the truth of the averments, and leaves plaintiff to her proof.

WHEREFORE, the Trustee prays that this Court enter judgment in this matter giving full protection to the rights of the Trustee and the bankruptcy estate of Arnold Kilberg in any assets in the Plan, as defined in the complaint.

Joseph M. DiOrio, Chapter 7 Trustee
for Arnold Kilberg, individually

By his attorney,

R. Daniel Prentiss (#783)
**R. DANIEL PRENTISS, P.C.**
One Financial Plaza, Suite 1800
Providence, Rhode Island 02903
Tel: 401 824 5150
Fax: 401 824 5123

**CERTIFICATION**

I certify that on this 4th day of May, 2006 I sent a copy of the within document via first class mail, postage-prepaid, to the following:

Arnold Kilberg
642 Blackstone Boulevard
Providence, RI 02906

Donald E. d'Entremont, Esq.
U.S. Department of Labor/SOL
JFK Federal Building, Room E-375
Boston, MA 02203

803/4/10